UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

VALLEY NATIONAL BANK,

    Plaintiff,

v.                                              Case No. 8:18-cv-2214-T-60JSS

M/Y LAYLA, JEA HOLDINGS LLLP,
and JOSEPH E. ABDO,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on May 1, 2020. Judge Sneed recommends "Plaintiff's Motion for Attorneys' Fees, Costs and Other Expenses" (Doc. 43) be granted. Specifically, Judge Sneed recommends that Plaintiff be awarded reasonable attorney's fees in the amount of $36,642.50 and costs in the amount of $10,101.34. Neither Plaintiff nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the

findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, include Judge Sneed's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions. Consequently, "Plaintiff's Motion for Attorneys' Fees, Costs and Other Expenses" (Doc. 43) is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 46) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. "Plaintiff's Motion for Attorneys 'Fees, Costs and Other Expenses" (Doc. 43) is **GRANTED**.

3. Plaintiff is hereby awarded attorney's fees in the amount of $36,642.50 and costs in the amount of $10,101.34.

4. The Clerk is directed to enter an amended final judgment in favor of Plaintiff and against Defendants that includes the award of attorney's fees and costs in this case, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of June, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**